```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
------------------------------------------------X    ELECTRONICALLY FILED
                                                :    DOC #: _____
NICOMEDES FLORES, a/k/a Pablo,                  :    DATE FILED: June 28, 2017
and CRISOFORO CAMPOS, on behalf                 :
of themselves, FLSA Collective Plaintiffs,      :
and the Class,                                  :
                                                :
                              Plaintiffs,       :    16 Civ. 2233 (KPF)
                                                :
                 v.                             :    OPINION AND ORDER
                                                :
201 WEST 103 CORP., d/b/a Buchetta,             :
IANO CORP., d/b/a Acqua, 886                    :
AMSTERDAM AVENUE CORP., d/b/a Arco              :
Café, 994 COLUMBUS AVENUE CORP.,                :
d/b/a Isola, 3143 BROADWAY CORP.,               :
d/b/a Bettolona, 1600 AMSTERDAM                 :
AVENUE CORP., d/b/a Coccola, 412                :
AMSTERDAM CORP., d/b/a Bettola,                 :
SEBASTIANO CAPPITTA, DANIELE FIORI,             :
and FRANCESCA FIORI,                            :
                                                :
                              Defendants.       :
                                                :
------------------------------------------------X
```

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' joint letter and proposed case management plan. (Dkt. #58). However, these filings are deficient and will not be accepted by the Court. Therefore, the parties are the ordered to submit a revised joint letter and proposed case management plan that complies with the Court's Individual Rules of Practice in Civil Cases and past directives in this case on or before **June 30, 2017**. Specifically, the parties must submit a joint letter that complies with the Court's directives on page two of the Court's Notice of Initial Pretrial Conference. (Dkt. #25). In this letter, the parties

should provide an explanation for their request that fact discovery be permitted to continue through April 30, 2018. The Clerk of Court is requested to strike the filing at Docket Entry #58.

SO ORDERED.

Dated: June 28, 2017
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge